UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kelli L. France,                                                   Case No. 3:20-cv-2396

           Plaintiff,

v.                                                                 ORDER

Commissioner of Social Security,

           Defendant.

Before me is the January 24, 2022 Report and Recommendation of Magistrate Judge Amanda M. Knapp, recommending I vacate and remand the decision of the Commissioner of Social Security pursuant to sentence four of § 405(g). (Doc. No. 20).

Under federal law, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981). In this case, the Acting Commissioner has submitted notice that he will not be filing objections to Judge Knapp's Report and Recommendation. (Doc. No. 21).

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the Report and Recommendation. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950 (6th Cir. 1981); *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370,

1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

      Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation, (Doc. No. 20), in its entirety as the Order of the Court, and vacate and remand the Commissioner's decision for further proceedings consistent with the Report and Recommendation.

      So Ordered.

      s/ Jeffrey J. Helmick
      United States District Judge